Karena J. Straub, Esq.
**PARKER IBRAHIM & BERG LLP**
5 Penn Plaza, Suite 2371
New York, New York 10001
Telephone: (212) 596-7037
Fax: (212) 596-7036
karena.straub@piblaw.com
*Attorneys for Defendant,*
Axos Bank a/k/a BOFI Federal Bank

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 13 |
| Sharri L. Chahalis, | Case No. 19-76079 |
| Debtor. | |
| Sharri L. Chahalis, | Adv. Proc. No. 20-08019 |
| Plaintiff, | |
| v. | |
| Axos Bank a/k/a BOFI Federal Bank, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Plaintiff, Sharri L. Chahalis ("Plaintiff"), and counsel for Defendant, Axos Bank a/k/a BOFI Federal Bank ("Defendant"), that the deadline for Defendant to Answer or otherwise respond to Plaintiff's Complaint is adjourned from February 27, 2020 to March 30, 2020.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this stipulation may be signed in counterparts and facsimile signatures shall be deemed original.

Dated:  Long Beach, New York
       February 21, 2020

**ROBERT H. SOLOMON, P.C.**
*Attorneys for Plaintiff,*
Sharri L. Chahalis

Robert H. Solomon, Esq.
24 East Park Avenue
Long Beach, New York 11561
Phone: (516) 432-1622
E-mail: rob@solomonlawyer.com

Dated: New York, New York
      February 21, 2020

**PARKER IBRAHIM & BERG LLP**
*Attorneys for Defendant,*
Axos Bank a/k/a BOFI Federal Bank

Karena J. Straub, Esq.
5 Penn Plaza, Suite 2371
New York, New York 10001
Phone: (212) 596-7037
E-mail: karena.straub@piblaw.com

*Please reply to Somerset address:*

270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
Phone: (908) 725-9700